THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMON PINEDA SALGADO, : | |
| : | NO. 04-CV-5500 |
| Plaintiff, : | |
| : | Judge Paul S. Diamond |
| v. : | |
| : | |
| BERKS COUNTY PRISON, : | |
| GEORGE A. WAGNER, : | |
| ELLIOTT WERST, : | |
| PRIMECARE MEDICAL, INC., : | |
| MARY BETH JACKSON, : | |
| YORK COUNTY PRISON, : | |
| ROGER THOMAS, : | |
| DENNIS BOWEN, : | |
| BEATA ERNI, : | |
| PRISON HEALTH SERVICES, INC., : | |
| DR. JOHN DOE, : | |
| [], and : | |
| UNITED STATES OF AMERICA, : | |
| : | |
| Defendants. : | |

_____

**PLAINTIFF'S PROPOSED STIPULATED FACTS**

Pursuant to the Court's Scheduling Order of December 22, 2005, Plaintiff, Ramon Pineda Salgado, by and through his undersigned counsel, hereby submits this list of Proposed Stipulated Facts as follows:

1. Ramon Pineda Salgado is a civil, and not a criminal, detainee of the United States Department of Homeland Security, Bureau of Immigrations Enforcement (hereinafter "ICE").

2. Hepatitis C is a disease caused by a blood-borne virus that primarily attacks the liver.

3. Symptoms of Hepatitis C can include jaundice, right upper abdominal pain, vomiting, and nausea.

4. Hepatitis C can cause serious health problems, even in patients who have no symptoms at all.

5. Ramon Pineda Salgado has had Hepatitis C at all times during his detention at York County Prison and Berks County Prison.

6. Ramon Pineda Salgado received treatment with Interferon alpha and Ribavirin prior to his detention at York County Prison and Berks County Prison.

7. Ramon Pineda Salgado has never received treatment with Interferon alpha and Ribavirin during his detention at York County Prison and Berks County Prison.

8. At all times during Ramon Pineda Salgado's detention at Berks County Prison, George A. Wagner has been the Warden at Berks County Prison.

9. George A. Wagner is charged with handling detainee and inmate grievances, complaints, and requests at Berks County Prison and with enforcing the rules and regulations applicable to Berks County Prison.

10. At all times during Ramon Pineda Salgado's detention at Berks County Prison, Elliott Werst has been a Deputy Warden at Berks County Prison.

11. Elliott Werst is charged with handling detainee and inmate grievances, complaints, and requests at Berks County Prison and with enforcing the rules and regulations applicable to Berks County Prison.

12. At all times during Ramon Pineda Salgado's detention at York County Prison, Roger Thomas has been a Deputy Warden at York County Prison.

13. Roger Thomas is charged with handling detainee and inmate grievances, complaints, and requests at York County Prison and with enforcing the rules and regulations applicable to York County Prison.

14. At all times during Ramon Pineda Salgado's detention at York County Prison, Dennis Bowen has been a Deputy Warden at York County Prison.

15. Dennis Bowen is charged with handling detainee and inmate grievances, complaints, and requests at York County Prison and with enforcing the rules and regulations applicable to York County Prison.

16. At all times during Ramon Pineda Salgado's detention at York County Prison, Beata Erni has been the Complaint Supervisor at York County Prison.

17. Beata Erni is responsible for investigating and responding to grievances and complaints filed by ICE detainees and inmates at York County Prison.

18. Ramon Pineda Salgado submitted more than 25 medical-related complaints during his detention at Berks County Prison.

19. Ramon Pineda Salgado submitted his medical-related complaints to the proper individuals during his detention at Berks County Prison.

20. Ramon Pineda Salgado has submitted more than 25 medical-related complaints during his detention at York County Prison and from October 21, 2005 to the present.

21. Ramon Pineda Salgado submitted his medical-related complaints to the proper individuals during his detention at York County Prison.

22. With respect to the medical care of Ramon Pineda Salgado, York County Prison and its employees acted under color of the law of the Commonwealth of Pennsylvania.

23. With respect to the medical care of Ramon Pineda Salgado, Prison Health Services, Inc. and its employees acted under color of the law of the Commonwealth of Pennsylvania.

24. With respect to the medical care of Ramon Pineda Salgado, Berks County Prison and its employees acted under color of the law of the Commonwealth of Pennsylvania.

25. With respect to the medical care of Ramon Pineda Salgado, PrimeCare Medical, Inc. and its employees acted under color of the law of the Commonwealth of Pennsylvania.

Plaintiff reserves the right to supplement this list of Proposed Stipulated Facts

Respectfully submitted,

DUANE MORRIS LLP
By:

 /s/
Charlene Keller Fullmer
Shannon Hampton Sutherland
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Ph: 215.979.1295/1104
Fax: 215.979.1020
ckfullmer@duanemorris.com
shsutherland@duanemorris.com
*Attorneys for Plaintiff*

Dated: April 17, 2006

**CERTIFICATE OF SERVICE**

I, Shannon Hampton Sutherland, Esquire, do hereby certify that, on April 17, 2006, I caused a true and correct copy of Plaintiff's Proposed Stipulated Facts to be served on Defendants' counsel of record, as follows:

***Via E-mail and First Class Mail**:*

Donald L. Reihart, Esquire
3015 Eastern Blvd.
York, PA 17315
*Counsel for Defendants York County Prison,*
*Dennis Bowen, Roger Thomas, and Beata Erni*

Susan McDonough, Esquire
Holsten & Associates
One Olive Street
Media, PA 19063
*Counsel for Defendants Berks County Prison,*
*George A. Wagner, and Elliott Werst*

John Ninosky, Esquire
301 Market Street
P.O. Box 109
Lemoyne, PA 17403-0109
*Counsel for Defendants PrimeCare Medical, Inc.*
*and Mary Beth Jackson*

Paul Shapiro, Esquire
Assistant United States Attorney
United States Department of Justice
Office of the United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106
*Counsel for Defendant United States of America*

        Charles T. Roessing, Esquire
        White & Williams LLP
        One Westlakes
        1235 Westlakes Drive
        Suite 310
        Berwyn, PA 19312-2416
        *Counsel for Defendants Prison Health Services, Inc.*
        *& Dr. John Doe*

                                                            /s/ _____
                                                           Shannon Hampton Sutherland

DM1\626314.1